NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RYAN M. ANDERSON, DOC #Y26220,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-1737
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed March 8, 2019.

Appeal from the Circuit Court for Charlotte
County; John L. Burns, Judge.

Ryan M. Anderson, pro se.


PER CURIAM.

    Affirmed.


KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.